UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

_____

No. 13-3483
_____

CECELIA A. TARANSKY, Individually and on
behalf of all persons similarly situated,
                                                              Appellant

v.

SECRETARY OF THE UNITED STATES DEPARTMENT
OF HEALTH AND HUMAN SERVICES;
UNITED STATES DEPARTMENT OF HEALTH
AND HUMAN SERVICES; UNITED STATES OF AMERICA
_____

(D.N.J. No. 12-cv-04437)
_____

SUR PETITION FOR PANEL REHEARING
_____

Present:  HARDIMAN, SLOVITER, and BARRY, Circuit Judges

The petition for rehearing filed by Appellant in the above-entitled case having been submitted to the judges who participated in the decision of this Court, it is hereby  O R D E R E D that the petition for rehearing by the panel is denied.

BY THE COURT,

s/ *Thomas M. Hardiman*
Circuit Judge

Dated: September 25, 2014
CLW/cc: Franklin P. Solomon, Esq.
    Joseph A. Venti, Esq.
    Karen D. Stringer, Esq.
    Daniel Tenny, Esq.