UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

───────────

No. 13-3483

───────────

CECELIA A. TARANSKY, Individually and on
behalf of all persons similarly situated,
Appellant

v.

SECRETARY OF THE UNITED STATES DEPARTMENT
OF HEALTH AND HUMAN SERVICES;
UNITED STATES DEPARTMENT OF HEALTH
AND HUMAN SERVICES; UNITED STATES OF AMERICA

───────────

On Appeal from the  United States District Court
for the District of New Jersey
(D.C. No. 1-12-cv-04437)
District Judge:  Honorable Joseph H. Rodriguez

───────────

Argued April 8, 2014
Before:  HARDIMAN, SLOVITER and BARRY, *Circuit Judges*.

───────────

JUDGMENT

───────────

This cause came on to be heard on the record from the United States District Court for the District of New Jersey and was argued on April 8, 2014.

On consideration whereof, it is now hereby ORDERED and ADJUDGED that the judgment of the United States District Court for the District of New Jersey entered June 12, 2013, be and the same is hereby AFFIRMED.  All of the above in accordance with the opinion of this Court.

Costs taxed against Appellant.

Attest:

DATED: July 29, 2014

s/Marcia M. Waldron
Clerk

Certified as a true copy and issued in lieu
of a formal mandate on October 3, 2014

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**