OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



October 3, 2014

Mr. William T Walsh
United States District Court for the District of New Jersey
Mitchell H. Cohen United States Courthouse
1 John F. Gerry Plaza
Room 1050
Camden, NJ 08101

RE: Cecelia Taransky v. Secretary Department of Heath, et al
Case Number: 13-3483
District Case Number: 1-12-cv-04437

Dear District Court Clerk,

Enclosed herewith is the certified judgment together with copy of the opinion in the above-captioned case. The certified judgment or order is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Kindly acknowledge receipt for same on the enclosed copy of this letter.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment or order is also enclosed showing costs taxed, if any.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

s/ pdb for clw Case Manager

cc:
Franklin P. Solomon
Karen D. Stringer

Daniel Tenny
Joseph A. Venti